

# NUMBER 13-15-00600-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

WILLIAM ROGERS,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

## On appeal from the 24th District Court
## of Refugio County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Longoria**

Appellant William Rogers perfected this appeal from a judgment of conviction entered by the 24th District Court of Refugio County, Texas in trial court cause number 2013-4-5466. On March 9, 2017, this Court issued a judgment and opinion affirming the trial court's conviction. On review from the Texas Court of Criminal Appeals, this Court's decision was reversed and remanded on June 27, 2018. Upon remand, this Court issued a second opinion on January 10,

2019, again affirming the trial court's conviction. On October 26, 2022, Texas Court of Criminal Appeals issued an opinion reversing this Court and granting appellant a new trial.

The State filed a motion to permanently abate the appeal, based on the death of appellant, which occurred prior to the Texas Court of Criminal Appeals' October 26, 2022 opinion. According to the motion which attached a death certificate, appellant died on March 12, 2022. Accordingly, at the direction of the Court of Criminal Appeals and in accordance with the Texas Rules of Appellate Procedure, we hereby withdraw our March 9, 2017 opinion and judgment and our January 10, 2019 opinion and judgment, and we order the appeal permanently abated. *See* TEX. R. APP. P. 7.1(a)(2).

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
2nd day of November, 2023.